THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| W.S., M.S., and C.S., | CASE NO. C21-0390-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| EDMONDS SCHOOL DISTRICT, a municipal Washington corporation, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for relief from the initial case scheduling deadlines and to set a briefing schedule (Dkt. No. 10). Having thoroughly considered the motion and the relevant record, and finding good cause, the Court hereby GRANTS the motion (Dkt. No. 10) and ORDERS that the parties are relieved from the initial case management deadlines (Dkt. No. 6). The Court further ORDERS that the briefing schedule for resolution of Plaintiffs' appeal shall be as follows:

1. Plaintiff's opening motion is due on August 6, 2021 and shall not exceed 48 pages.
2. The District's opposition and cross-motion is due on September 20, 2021 and shall not exceed 48 pages.

3. Plaintiffs' opposition and reply is due on October 11, 2021 and shall not exceed 20 pages.

4. The District's reply is due on November 1, 2021 and shall not exceed 20 pages.

DATED this 10th day of May 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk