THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| W.S. *et al.*, <br><br>    Plaintiffs, <br><br> v. <br><br> EDMONDS SCHOOL DISTRICT, <br><br>    Defendant. | CASE NO. C21-390 JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge: The parties previously stipulated to a briefing schedule providing for both sides to filed cross motions not to exceed 48 pages. (Dkt. No. 11.) Without seeking leave, Plaintiffs filed an overlength brief on August 6, 2021 (even subtracting the caption, table of contents, and certificate of service). (*See* Dkt. No. 33.) Plaintiff must file a corrected brief that complies with the 48-page limit. The briefing schedule is modified as follows:

- Plaintiffs' corrected brief is due August 13, 2021.
- The District's opposition and cross-motion is due September 27, 2021.
- Plaintiffs' opposition and reply is due October 18, 2021.
- The District's reply is due November 12, 2021.

The parties will comply with the previously specified page limits. (*See* Dkt. No. 11.)

MINUTE ORDER
C21-390 JCC
PAGE - 1

DATED this 9th day of August 2021.

<u>Ravi Subramanian</u><br>
Clerk of Court<br><br>
<u>s/Sandra Rawski</u><br>
Deputy Clerk

MINUTE ORDER
C21-390 JCC
PAGE - 2