THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| W.S. *et al.*, <br><br>              Plaintiffs, <br><br>    v. <br><br>EDMONDS SCHOOL DISTRICT, <br><br>              Defendant. | CASE NO. C21-0390 JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the briefing deadlines (Dkt. No. 37). Having considered the motion and the relevant record and finding good cause, the Court hereby GRANTS the motion. The briefing schedule is modified as follows:

- The District's opposition and cross-motion is due October 1, 2021.
- Plaintiffs' opposition and reply is due October 22, 2021.
- The District's reply is due November 16, 2021.

DATED this 22nd day of September 2021.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk

MINUTE ORDER
C21-0390 JCC
PAGE - 1